# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATHER CASTILLO,** | **CASE NO. 1:13-CV-0517** |
| **Plaintiff** | **ORDER VACATING HEARING DATE OF SEPTEMBER 3, 2013 AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| **UNITED STATES INTERNAL REVENUE SERVICE,** | |
| **Defendant** | |

Defendant has filed a motion to dismiss. Doc. 12.  Plaintiff opposes the motion. Doc. 14. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 3, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:   August 27, 2013

_____
SENIOR  DISTRICT  JUDGE