1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 HEATHER CASTILLO,                    Case No. 1:13-cv-00517-AWI-SKO

12                Plaintiff,             **AMENDED STIPULATION AND ORDER
                                         TO CONTINUE SCHEDULING
13         v.                            CONFERENCE**

14 UNITED STATES INTERNAL REVENUE
   SERVICE,
15
                  Defendant.
16

17

18     The parties to this action hereby stipulate and request that the Mandatory Scheduling

19 Conference set for September 20, 2013, be continued to November 5, 2013, at 10 a.m. in Courtroom

20 7, for the reasons set forth below.  Defendant has filed a Motion to Dismiss (Doc. 12), which the

21 Court took under submission without oral argument by order dated August 27, 2013 (Doc. 16).  In

22 the motion, defendant asserts that the Complaint for Damages and Injunctive Relief: Lack of

23 Reasonable Accommodation Under the Rehabilitation Act of 1973 [29 U.S.C. § 701 *et seq.*] (Doc. 1)

24 names an improper defendant, seeks relief under the wrong statute, demands relief not available as a

25 matter of law, and asserts a claim over which the court lacks subject matter jurisdiction.  The Court's

26 resolution of the pending motion will determine the parties, claims and remedies that will be the

27 subject of this litigation, if any, and the parties submit that the interests of judicial economy and

28 economy to the parties therefore would be best served by the requested continuance.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 18, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated: September 18, 2013 | LAW OFFICES OF STEPHEN LABIAK |
| | [Authorized September 17, 2013] |
| | /s/ Stephen Labiak<br>STEPHEN LABIAK<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated:  **September 18, 2013**          /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE