1  BENJAMIN B. WAGNER
United States Attorney
2  BENJAMIN E. HALL
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA  93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6  Attorneys for Defendant

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  HEATHER CASTILLO,            **Case No. 1:13-cv-00517-AWI-SKO**

12              Plaintiff,       **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**

13        v.

14  UNITED STATES INTERNAL REVENUE SERVICE,

15              Defendant.

16

17

18       The parties to this action hereby stipulate and request that the Mandatory Scheduling

19  Conference set for November 5, 2013, be further continued to January 23, 2014, at 9:30 a.m. in

20  Courtroom 7, for the reasons set forth below.  Defendant has filed a Motion to Dismiss (Doc. 12),

21  which the Court took under submission without oral argument by order dated August 27, 2013 (Doc.

22  16).  In the motion, defendant asserts that the Complaint for Damages and Injunctive Relief: Lack of

23  Reasonable Accommodation Under the Rehabilitation Act of 1973 [29 U.S.C. § 701 *et seq.*] (Doc. 1)

24  names an improper defendant, seeks relief under the wrong statute, demands relief not available as a

25  matter of law, and asserts a claim over which the court lacks subject matter jurisdiction.  The Court's

26  resolution of the pending motion will determine the parties, claims and remedies that will be the

27  subject of this litigation, if any, and the parties submit that the interests of judicial economy and

28  economy to the parties therefore would be best served by the requested continuance.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: October 29, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |

     /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: October 29, 2013                       LAW OFFICES OF STEPHEN LABIAK

     /s/ Stephen Labiak
STEPHEN LABIAK
Attorney for Plaintiff

## **ORDER**

Based on the parties' Stipulation, the Scheduling Conference presently set for November 5, 2013, is continued to January 23, 2014, at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

    Dated:   **October 30, 2013**                  **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE