BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CASTILLO,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>                Defendant. | **Case No. 1:13-cv-00517-AWI-SKO**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

    The parties to this action hereby stipulate and request that the Mandatory Scheduling Conference set for January 23, 2014, be further continued to March 27, 2014, at 9:15 a.m. in Courtroom 7, for the reasons set forth below.  Defendant has filed a Motion to Dismiss (Doc. 12), which the Court took under submission without oral argument by order dated August 27, 2013 (Doc. 16).  In the motion, defendant asserts that the Complaint for Damages and Injunctive Relief: Lack of Reasonable Accommodation Under the Rehabilitation Act of 1973 [29 U.S.C. § 701 *et seq.*] (Doc. 1) names an improper defendant, seeks relief under the wrong statute, demands relief not available as a matter of law, and asserts a claim over which the court lacks subject matter jurisdiction.  The Court's resolution of the pending motion will determine the parties, claims and remedies that will be the subject of this litigation, if any, and the parties submit that the interests of judicial economy and economy to the parties therefore would be best served by the requested continuance.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: January 16, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney |

      /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: January 16, 2014            LAW OFFICES OF STEPHEN LABIAK

      /s/ Stephen Labiak
STEPHEN LABIAK
Attorney for Plaintiff

## **ORDER**

Based on the parties' Stipulation, the Scheduling Conference presently set for January 23, 2014, is continued to March 27, 2014, at 9:15 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  **January 16, 2014**         /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE