1  BENJAMIN B. WAGNER
United States Attorney
2  BENJAMIN E. HALL
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA  93721
4  Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5
6  Attorneys for Defendant
7
8  IN THE UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11  HEATHER CASTILLO,                             **Case No. 1:13-cv-00517-AWI-SKO**
12                     Plaintiff,                **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**
13            v.
14  UNITED STATES INTERNAL REVENUE SERVICE,
15                     Defendant.
16
17
18       The parties to this action hereby stipulate and request that the Mandatory Scheduling
19  Conference set for April 24, 2014, be further continued to May 15, 2014, for the reasons set forth
20  below.  Defendant filed a Motion to Dismiss (Doc. 12), which the Court granted without prejudice
21  by Order dated March 26, 2014 (Doc. 25).  The Order permits plaintiff to file an amended complaint
22  within thirty (30) days of entry of the Order.  Because there is currently no operative complaint in
23  this matter, the parties submit that the interests of judicial economy and economy to the parties
24  would be best served by continuing the scheduling conference until such time as the pleadings are
25  closed.
26  / / /
27  / / /
28

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: April 18, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 |  | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| 7 | Dated: April 17, 2014 | LAW OFFICES OF STEPHEN LABIAK |
| 8 |  | [Authorized April 17, 2014] |
| 9 |  | /s/ Stephen Labiak<br>STEPHEN LABIAK<br>Attorney for Plaintiff |

## **ORDER**

Based on the parties' Stipulation, and good cause appearing, the Scheduling Conference presently set for April 24, 2014, is continued to May 15, 2014, at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **April 21, 2014**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE