1 | BENJAMIN B. WAGNER
United States Attorney
2 | BENJAMIN E. HALL
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HEATHER CASTILLO, | **Case No. 1:13-cv-00517-SKO** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, | |
| Defendant. | |

The parties to this action hereby stipulate and request that the Settlement Conference scheduled for November 5, 2015, at 10:30 a.m. in Courtroom 6 before United States Magistrate Judge Michael J. Seng be vacated, as the case is not in a settlement posture at this time.

Respectfully submitted,

Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

STIPULATION AND PROPOSED ORDER
TO VACATE SETTLEMENT CONFERENCE                    1

1  Dated: November 2, 2015					LAW OFFICES OF STEPHEN LABIAK

2								[Authorized November 2, 2015]

3								/s/ Stephen Labiak
								STEPHEN LABIAK
4								Attorney for Plaintiff

5								**ORDER**

6      Good cause appearing, the proposed Order and Stipulation to Vacate the Settlement

7  Conference in 1:13-cv-517-SKO is hereby approved and adopted as the Order of the Court.

8

9  IT IS SO ORDERED.

10

11    Dated:   November 2, 2015			/s/ *Michael J. Seng*
								UNITED STATES MAGISTRATE JUDGE
12